## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERESA S. LEONG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:11-cv-01285-GMN-NJK |
| vs. | ) | |
| | ) | **ORDER** |
| JPMORGAN CHASE and MORTGAGE | ) | |
| ELECTRONIC REGISTRATION SYSTEMS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On October 7, 2013, the Court dismissed Plaintiff's Amended Complaint regarding the fraud claim, and gave leave to amend by October 25, 2013, warning that failure to do so will result in dismissal with prejudice. (Order, ECF No. 36.)  That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of November, 2013.

_____

Gloria M. Navarro
United States District Judge