✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Nevada

Teresa S. Leong,

Plaintiff,

V.

JPMorgan Chase et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:11-cv-01285-GMN-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment has been entered in favor of defendants JPMorgan Chase  and Mortgage Electronic Registration Systems, Inc. and against plaintiff Teresa S. Leong  with prejudice.

November 5, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk